UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERENCE HENDERSON,

                      Plaintiff,

-against-

DEPT. OF THE ARMY; GERMANY; NATO,

                      Defendants.

24 CIVIL 6641 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 14, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 21, 2025
           New York, New York

                                    /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                Chief United States District Judge